```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

       - against -

CARLOS VASQUEZ,

              Defendant.

15-CR-776 (JGK)

CJA ORDER

JOHN G. KOELTL, United States District Judge:

    The Court appoints Mr. Anthony Ricco as counsel for the defendant, Mr. Carlos Vasquez, for all purposes.

SO ORDERED.

Dated:    New York, New York
           October 5, 2021

                                      John G. Koeltl
                                United States District Judge